IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>                            )<br>                            )<br>JUAN REYES AGUILAR, et al., )<br>                            )<br>            Defendants.     )<br>_____) | NO. 1:04-cr-5328 AWI<br><br>ORDER REGARDING RELEASE OF<br>INFORMATION CONTAINED IN ALIEN<br>FILES |

After hearing on the motions in the above-entitled matter, the Court hereby orders that the Government provide certified copies of the Alien Files for all the persons taken into custody at the Lingard address on November 3, 2004 to the Court for an in camera review by July 22, 2005.

IT IS SO ORDERED.

**Dated:   July 15, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

1