(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Gerardo Chavez-Orozco

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:   CR-F-04-5328 AWI |
| ) | |
| Plaintiff, ) | **ORDER AFTER HEARING REGARDING PAYMENT OF FEES FOR DEPOSITION OF MATERIAL WITNESS, CARLOS GARCIA-VALENCIA AND COSTS OF TRANSCRIPT** |
| ) | |
| v. ) | |
| ) | |
| GERARDO CHAVEZ-OROZCO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the United States Marshal's Office pay all necessary fees and costs incurred with respect to the deposition of material witness, Carlos Garcia-Valencia, and preparation of transcripts, said deposition to occur on or before December 21, 2005. In addition, the Court orders that an expedited transcript be provided in the matter.

IT IS SO ORDERED.

**Dated:   December 7, 2005**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE