EDDIE RUIZ #182202
Law Offices of Eddie Ruiz
2341 E Ashlan Avenue
Fresno, CA 93726
(559) 229-4900
fax (559) 229-4990

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>JUAN REYES AGUILAR,<br><br>Defendant. | Case No.: 1:04-CR-5328<br><br>**ORDER REGARDING RELEASE OF PROPERTY BOND** |

The Property/Cash Bond in the amount of $8,000.00 (eight thousand dollars) previously posted on behalf of Juan Reyes Aguilar shall be released to Mario Reyes, 318 South Pacific Road, Manteca, California 95337.

Mr. Juan Reyes Aguilar was sentenced on June 5, 2006, and he surrendered on June 29, 2006.

IT IS SO ORDERED.

Dated:   September 26, 2006            /s/ Anthony W. Ishii

0m8i78                                 UNITED STATES DISTRICT JUDGE