```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>    v.                        )<br>)<br>)<br>)<br>JUAN REYES AGUILAR, et al., )<br>)<br>)<br>            Defendants.       )<br>_____) | NO. 1:04-CR-5328 AWI<br><br>ORDER ON GOVERNMENT'S MOTION TO<br>AMEND SEALING ORDER<br><br><br><br>Date: None set.<br>Time:<br>Courtroom Two<br>Honorable Anthony W. Ishii |

After review of the United States' motion to amend sealing order filed on September 8, 2006, and hearing no objection from opposing counsel;

IT IS HEREBY ORDERED AND DIRECTED that Exhibits 121-18 and 121-19 that are subject to a sealing order issued by this Court in the above-captioned matter are unsealed such that the government may submit them to a laboratory for chemical analysis.

IT IS SO ORDERED.

**Dated:   October 18, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE