BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:04-cr-05328 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE;    ORDER |
| v. | |
| JUAN REYES AGUILAR, | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 26, 2013 at 1:30 p.m.

2.      By this stipulation, the parties now move to continue the status conference on the supervised release violation until July 31, 2013 at 1:30 p.m.  Defendant has various matters pending before the Ninth Circuit, this court (Writ of Error Coram Nobis), and in the Southern District of California related to this action.  The parties need additional time to determine whether these matters will be resolved and to further assess the impact the resolution of this matter would have on these other related matters.

IT IS SO STIPULATED.

DATED:  June 24, 2013                    /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney

1

1   DATED:  June 24, 2013                    /s/ James Homola
                                            JAMES HOMOLA
2                                           Attorney for Defendant

3

4                                   O R D E R

5            IT IS SO ORDERED that the status conference is continued to July 31, 2013 at 1:30 p.m.

6

7

    IT IS SO ORDERED.
8

9      Dated:    **June 24, 2013**              /s/ *Barbara A. McAuliffe*

10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28