1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO.  1:04-cr-05328 AWI BAM
12 |                  Plaintiff,       | STIPULATION TO CONTINUE
                                       | STATUS CONFERENCE; ORDER
13 | v.                                |
14 | JUAN REYES AGUILAR,               |
15 |                  Defendants,      |

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by
18 and through their counsel of record, hereby stipulate as follows:
19     1.     By previous order, this matter was set for status on July 31, 2013 at 1:30 p.m. before
20 the Honorable Sheila K. Oberto.
21     2.     By this stipulation, the parties now move to continue the status conference on the
22 supervised release violation until November 6, 2013 at 1:30 p.m.  Defendant has various matters
23 pending before the Ninth Circuit, this court (Writ of Error Coram Nobis), and in the Southern
24 District of California related to this action.  The parties are not aware of any resolution in these
25 pending matters since the last requested continuance.  The parties need additional time to determine
26 whether these matters will be resolved and to further assess the impact the resolution of this matter
27 ///
28 ///

Stipulation and Proposed Order                    1

1  would have on these other related matters.

2       IT IS SO STIPULATED.

3  DATED:  July 29, 2013      /s/ Laurel J. Montoya
     LAUREL J. MONTOYA
4       Assistant United States Attorney

5  DATED:  July 29, 2013      /s/ James Homola
     JAMES HOMOLA
6       Attorney for Defendant

7

8       O R D E R

9       IT IS SO ORDERED that the status conference is continued to November 6, 2013 at 1:30

10  p.m.

11

12

13

14  IT IS SO ORDERED.

15       Dated:   **July 30, 2013**      **/s/ Sheila K. Oberto**
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order      2