BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:04-CR-05328-AWI |
|---|---|
| Plaintiff, | **STIPULATION and ORDER CONTINUING STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION** |
| v. | |
| JUAN REYES AGUILAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 6, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 15, 2014.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant has a matter pending before the Ninth Circuit arising out of a prosecution in the Southern District of California. This violation of supervised release is tied to that prosecution.

    b) Counsel for defendant desires additional time to await the outcome of the matter

1

pending before the Ninth Circuit as it may have a bearing on the disposition of the matter pending in this district.  Counsel for defendant does not wish to enter an admission before the matter pending before the Ninth Circuit is decided.

       c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 1, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney

Dated:  November 1, 2013                  /s/ James R. Homola
                                                James R. Homola
                                                Counsel for Defendant

## ORDER

Pursuant to the stipulation of the parties, this matter is ordered continued to January 15, 2014 at 1:30 p.m. before the Duty Magistrate Judge in Fresno, California.

The parties are advised that if the Ninth Circuit decides the matter on or before December 31, 2013, that the parties shall advance the matter on the calendar so as to  matter avoid further pre-violation detention and detention costs being expended by the United States Marshal**.**

IT IS SO ORDERED.

   Dated:  **November 4, 2013**               **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE