# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN REYES-AGUILAR,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. 1:04-CR-5328 AWI<br>      (1:14-CV-0149 AWI)<br><br>ORDER DENYING PETITION AND CLOSING CASE<br><br>(Crim. Doc. No. 627) |

      Petitioner Juan Reyes-Aguilar challenges his sentence and conviction through this motion to set aside or vacate under 28 U.S.C. § 2255.

      On April 22, 2015, the Court issued an order for Petitioner to show cause. See Doc. No. 631. Specifically, the Court gave Petitioner the opportunity to explain why his petition was not barred by the statute of limitations of 28 U.S.C. § 2255(f)(1). See id. The Court gave Petitioner 30 days to show cause. See id. Of particular note, the Court warned Petitioner: "If Petitioner does not respond timely to this order, the petition will be dismissed as time barred, and the case will be closed without further notice." Id. Petitioner has not filed a response of any kind.[1]

      In accordance with the warning in the show cause order, because Petitioner has not shown cause or responded in any way, the Court will deny Petitioner's petition as untimely under 28 U.S.C. § 2255(f)(1).

---

[1] The order to show cause was returned to the Court by the Post Office as "undeliverable" because Petitioner was "Not in Custody." Doc. No. 632. Pro per parties have an ongoing duty to keep the Court informed of their current and valid mailing address. See Local Rules 182, 183. Absent a notice of address change, service of documents at the address on file constitutes effective service. See Local Rule 182(f).

**ORDER**

Accordingly, it is HEREBY ORDERED that Petitioner's 28 U.S.C. § 2255 petition (Crim. Doc. No. 627) is DENIED and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   May 28, 2015                           _____
                                                  SENIOR  DISTRICT  JUDGE